IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TRAVIS SRADER, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 7:12-CV-112-O-BL |
| | ) | |
| UNKNOWN DEFENDANTS, | ) | |
|         Defendants. | ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Plaintiff's notice (Doc. No. 10) to the Court indicating that he no longer wishes to pursue this action, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is DISMISSED without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for want of prosecution.

SO ORDERED this 2nd day of April, 2013.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**